IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN COOK, | § § § | |
| Plaintiff, | § § § § | |
| v. | § § | 1:23-CV-00160-ADA |
| THE HERSHEY COMPANY, | § § § | |
| Defendant. | § § § | |

**AGREED AMENDED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the Court enters the following Agreed Amended Scheduling Order and denies the parties Joint Motion for Extension of Time to Complete Discovery (Doc. No. 28) as moot:

1. Passed - A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before June 10, 2024.

2. Passed - The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before August 1, 2024, and each opposing party shall respond in writing, on or before September 1, 2024. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Passed - Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before July 17, 2024.

4. Passed - The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before the date required by the Federal Rules of Evidence.

5. Passed - All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before August 9, 2024.

6. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before September 6, 2024. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, **15 days from the receipt** of the report of the opposing expert.

7. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

8. The June 10, 2024 deadline for the completion of fact discovery is extended only for Plaintiff to take the fact witness deposition of Cassie LeBlanc and the Rule 30(b)(6) deposition of LaQuita Gary and for Defendant to produce any documents identified in these depositions that were not already produced in response to Plaintiff's previously served Requests for Production. Defendant shall make both witnesses available for depositions and shall produce any unproduced documents identified that are within the scope of discovery and Plaintiff's Requests for Production by this date.

9. All dispositive motions shall be filed on or before December 2, 2024 and shall be limited to 20 pages. Responses shall be filed and served on all other parties

not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

10. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

11. This case is set for jury trial commencing at 9:00 a.m. on March 10, 2025. Jury selection may occur the Friday before the case is set for trial.

SIGNED this 19th of August, 2024.

_____
ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE

3

| | |
|---|---|
| AGREED: | Dated: August 16, 2024 |
| /s/ Paul M. Davis | /s/ Ali M. Kliment |
| Paul Davis<br>State Bar No. 24078401<br>PAUL M. DAVIS & ASSOCIATES, P.C.<br>9355 John W. Elliott Dr.<br>Suite 25454<br>Frisco, TX 75033<br>Telephone: 945.348.7884<br>paul@fireduptxlawyer.com<br><br>*Attorney for John Cook* | Michael S. Burkhardt (admitted pro hac vice)<br>Ali M. Kliment (admitted pro hac vice)<br>Shelby Krafka (admitted pro hac vice)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>Telephone:    +1.215.963.5000<br>Facsimile:     +1.215.963.5001<br>michael.burkhardt@morganlewis.com<br>ali.kliment@morganlewis.com<br>shelby.krafka@morganlewis.com<br><br>Jason Boulette<br>BOULETTE GOLDEN & MARIN L.L.P.<br>2700 Via Fortuna # 250<br>Austin, TX 78746<br>Telephone:  +512.732.8901<br>Jason@boulettegolden.com<br><br>*Attorneys for Defendant The Hershey Company* |